```
                              United States Bankruptcy Court
                               Middle District of Florida
In re:                                                                                  Case No. 12-04373-PMG
Saundra Lea Scofield                                                                    Chapter 7
         Debtor
                                     CERTIFICATE OF NOTICE
District/off: 113A-3          User: emargaret              Page 1 of 3                  Date Rcvd: Oct 25, 2012
                              Form ID: B18                 Total Noticed: 71

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2012.
db           #Saundra Lea Scofield,   1901 Abercrombie Lane,   Ponte Vedra, FL 32081-7072
cr           +Wells Fargo Bank NA,   Law Offices of Marshall C. Watson, PA,   1800 NW 49th Street Suite 120,
               Fort Lauderdale, FL 33309-3092
22221301     +AR Resoures, Inc.,   P.O. Box 1056,   Blue Bell, PA 19422-0287
22221302      ARM,   P.O. Box 277690,   Miramar, FL 33027-7690
22221299     +Anderson Crenshaw &,   Associates, LLC,   North Central Plaza III,   12801 N Central Expwy #250,
               Dallas, TX 75243-1704
22221300     +ApxAlarm Security Solutions,   5132 North 300 West,   Provo, UT 84604-5817
22221305     +Baptist Behavioral Health,   Psychiatric & Psych Care,   4160 University Blvd. S.,
               Jacksonville, FL 32216-4317
22221310      Belk/GE Money Bank,   P.O. Box 981490,   El Paso, TX 79998-1490
22235334     +BellSouth Telecommunications Inc,   % AT&T Services, Inc,   James Grudus, Esq.,
               One AT&T Way, Room 3A218,   Bedminster, NJ 07921-2693
22221312      Business Revenue Sys.,   P.O. Box 13077,   Des Moines, IA 50310-0077
22221315      Citibank (South Dakota) N.A.,   PO Box 6282,   Sioux Falls, SD 57117-6282
22221314      Citibank (South Dakota) N.A.,   PO Box 6283,   Sioux Falls, SD 57117-6283
22221316      Coastal Dermatology PA,   PO Box 2878,   Ponte Vedra Beach, FL 32004-2878
22221318      Convergent Outsourcing, Inc.,   800 SW 39th St.,   PO Box 9004,   Renton, WA 98057-9004
22221320      Drs. Mori, Bean & Brooks, P.,   P.O. Box 116700,   Atlanta, GA 30368-6700
22221321      Emergency Resources Group,   PO Box 11349,   Daytona Beach, FL 32120-1349
22221322      Encore Receivable,   Management Inc.,   400 N Rogers Rd.,   PO Box 3330,   Olathe, KS 66063-3330
22221324     +Fidelity Investments,   82 Devonshire Street,   Boston, MA 02109-3614
22221325     +Garrett N. Barket,   1015 Blackstone Building,   233 East Bay Street,
               Jacksonville, FL 32202-3452
22221327     +Goodyear Credit Plan,   PO Box 689182,   Des Moines, IA 50368
22221329     +Greenfield Center,   3 Shircliff Way Suite 640,   Jacksonville, FL 32204-4787
22221330     +J. Craig Kelly, D.D.S., P.A.,   3675 Hendricks Avenue,   Jacksonville, FL 32207-5360
22221332      LCA Collections,   P.O. Box 2240,   Burlington, NC 27216-2240
22221331      Lab Corp,   P.O. Box 2240,   Burlington, NC 27216-2240
22221334     +M.G. Credit,   POB 61899,   Jacksonville, FL 32236-1899
22221335     +MacMed, LLC,   P.O. Box 20688,   Saint Simons Island, GA 31522-0288
22221336     +Medco Health Solutions,   PO Box 30452,   Tampa, FL 33630-3452
22221337     +Nationwide Credit, Inc.,   4700 Vestal Pkwy, E.,   Vestal, NY 13850-4750
22221338      Nationwide General Insurance,   Company,   PO Box 96040,   Charlotte, NC 28296-0040
22221342      North Florida OB GYN,   Associat,   PO Box 16907,   Jacksonville, FL 32245-6907
22221343      Quest Diagnostics,   P.O. Box 4950,   Southeastern, PA 19398-4950
22221344     +RMS,   240 Emery Street,   P.O. Box 20410,   Lehigh Valley, PA 18002-0410
22221345      Satyen P. Madkaiker, M.D.,   3685 Crown Point Ct,   Jacksonville, FL 32257
22221346     +Smith & Greene, P.A.,   3217 Atlantic Blvd.,   Jacksonville, FL 32207-8901
22221358      St. Johns County Tax Collector,   Dennis W. Hollingswo,   Post Office Box 9001,
               Saint Augustine FL 32085-9001
22221348     +Transworld Systems, Inc.,   Collection Agency,   3450 Lakeside Dr. #304,
               Hollywood, FL 33027-3268
22221349     +United Collection Bureau Inc,   5620 Southwyck Blvd Ste 206,   Toledo, OH 43614-1501
22221351     ++VYSTAR CREDIT UNION,   PO BOX 45085,   JACKSONVILLE FL 32232-5085
             (address filed with court: Vystar Credit Union,   P.O. Box 45085,   Jacksonville, FL 32232-5085)
22221352      VyStar Credit Union Visa,   Customer Service,   P.O. Box 31112,   Tampa, FL 33631-3112
22221353     +Walden Chase Homeowner's,   Association,   12620-3 Beach Blvd. #301,
               Jacksonville, FL 32246-7130
22221354      Wells Fargo Home Mortgage,   PO Box 660455,   Dallas, TX 75266-0455
22221357      Zwicker & Associates, P.C.,   80 Minuteman Road,   Andover, MA 01810-1008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            EDI: QDABBOTT.COM Oct 25 2012 23:23:00      Doreen Abbott,   P.O. Box 56257,
               Jacksonville, FL   32241-6257
22221303     +EDI: ATTWIREBK.COM Oct 25 2012 23:23:00      AT&T,   PO Box 4932,   Trenton, NJ 08650-4932
22221304      EDI: CINGMIDLAND.COM Oct 25 2012 23:23:00      AT&T Mobility,   PO Box 536216,
               Atlanta, GA 30353-6216
22221298      EDI: AMEREXPR.COM Oct 25 2012 23:23:00      American Express,   P.O. Box 981535,
               El Paso, TX 79998-1535
22449140      EDI: BECKLEE.COM Oct 25 2012 23:23:00      American Express Centurion Bank,
               c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
22443670      EDI: RESURGENT.COM Oct 25 2012 23:23:00      Ashley Funding Services, LLC its successors and,
               assigns as assignee of LabCorp,   Resurgent Capital Services,   PO Box 10587,
               Greenville, SC 29603-0587
22221309      E-mail/Text: BPCBILLING@BMCJAX.COM Oct 26 2012 00:13:16      Baptist Primary Care Inc.,
               PO Box 31674,   Tampa, FL 33631-3674
22221306      E-mail/Text: pfsebn@bmcjax.com Oct 26 2012 00:12:46      Baptist Medical Center,   P.O. Box 45094,
               Jacksonville, FL 32232-5094
22221307      E-mail/Text: pfsebn@bmcjax.com Oct 26 2012 00:12:46      Baptist Medical Cntr Beaches,
               P.O. Box 45058,   Jacksonville, FL 32232-5058
22221308      E-mail/Text: BPCBILLING@BMCJAX.COM Oct 26 2012 00:13:16      Baptist Primary Care Inc,
               PO Box 44004,   Jacksonville, FL 32231-4004
```

```
District/off: 113A-3            User: emargaret              Page 2 of 3                   Date Rcvd: Oct 25, 2012
                                Form ID: B18                 Total Noticed: 71

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
22221311     +E-mail/Text: martinw@bernhardtlabs.com Oct 26 2012 00:12:27     Bernhardt Laboratories,
              5008 Mustang Road,   Jacksonville, FL 32216-6028
22221313     +EDI: CITICORP.COM Oct 25 2012 23:23:00     Citi Cards,    P.O. Box 6500,
              Sioux Falls, SD 57117-6500
22221317      E-mail/Text: bknotifications@c1cufl.org Oct 26 2012 00:11:44      Community First CU of FL,
              P.O. Box 2600,   Jacksonville, FL 32232-0077
22346622     +E-mail/Text: bknotifications@c1cufl.org Oct 26 2012 00:11:44      Community First Credit Union,
              P.O. Box 2304,   Jacksonville, FL 32203-2304
22221319     +EDI: CCS.COM Oct 25 2012 23:23:00     Credit Collection Services,    Two Wells Avenue Dept 9134,
              Newton, MA 02459-3208
22221323      E-mail/Text: bknotice@erccollections.com Oct 26 2012 00:30:26      Enhanced Recovery Company,
              LLC,   8014 Bayberry Road,   Jacksonville, FL 32256-7412
22221359      EDI: FLDEPREV.COM Oct 25 2012 23:23:00     Florida Dept. of Revenue,    Bankruptcy Unit,
              P.O. Box 6668,   Tallahassee, FL 32314-6668
22242470      EDI: RECOVERYCORP.COM Oct 25 2012 23:23:00     GE Capital Retail Bank,
              c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
22221326      EDI: RMSC.COM Oct 25 2012 23:23:00     GE Money Bank,    P.O. Box 981127,   El Paso, TX 79998-1127
22221333     +EDI: LTDFINANCIAL.COM Oct 25 2012 23:23:00     LTD Financial Services,    7322 Southwest Freeway,
              Suite 1600,   Houston, TX 77074-2053
22221339     +E-mail/Text: bankruptcydepartment@ncogroup.com Oct 26 2012 00:31:29      NCO Financial Systems,
              507 Prudential Road,   Horsham, PA 19044-2368
22221341     +E-mail/Text: bankruptcydepartment@ncogroup.com Oct 26 2012 00:31:29      NCO Financial Systems,
              Inc.,   PO Box 4906 Dept 64,   Trenton, NJ 08650-4906
22471644      EDI: RECOVERYCORP.COM Oct 25 2012 23:23:00     Portfolio Investments II LLC,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
22262653      EDI: Q3G.COM Oct 25 2012 23:23:00     Quantum3 Group LLC as agent for,
              World Financial Network Bank,   PO Box 788,    Kirkland, WA 98083-0788
22221347     +EDI: NEXTEL.COM Oct 25 2012 23:23:00     Sprint Customer Service,    PO Box 8077,
              London, KY 40742-8077
22221350     +EDI: URSI.COM Oct 25 2012 23:23:00     United Recovery Systems,    5800 North Course Drive,
              Houston, TX 77072-1613
22221360     +E-mail/Text: ustp.region21.or.ecf@usdoj.gov Oct 26 2012 00:09:04      United States Trustee,
              135 W Central Blvd, Suite 620,   Orlando, FL 32801-2440
22221356      EDI: WFNNB.COM Oct 25 2012 23:23:00     WFNNB,    Customer Service,   PO Box 182273,
              Columbus, OH 43218-2273
22221355      EDI: WESTASSET.COM Oct 25 2012 23:23:00     West Asset Management,    3432 Jefferson Ave.,
              Texarkana, AR 71854-2747
                                                                                               TOTAL: 29

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22221328*    +Goodyear Credit Plan,   PO Box 689182,   Des Moines, IA 50368
22221340*    +NCO Financial Systems,   507 Prudential Road,   Horsham, PA 19044-2368
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 27, 2012**          **Signature:**    *Joseph Speetjens*

```
District/off: 113A-3          User: emargaret             Page 3 of 3                   Date Rcvd: Oct 25, 2012
                              Form ID: B18                Total Noticed: 71
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2012 at the address(es) listed below:
          Antonio  Alonso    on behalf of Creditor   Wells Fargo Bank NA antonio.alonso@marshallwatson.com,
           jairo.garcia@marshallwatson.com;BKMailFromCourt@MarshallWatson.com
          Doreen  Abbott    dabbott@epiqtrustee.com,   dabbott@ecf.epiqsystems.com
          Scott R Weiss    on behalf of Creditor   Wells Fargo Bank NA scott.weiss@marshallwatson.com,
           Jairo.Garcia@marshallwatson.com;BKMailFromCourt@MarshallWatson.com
          United States Trustee - JAX 13/7    USTP.Region21.OR.ECF@usdoj.gov
          Wendell  Finner    on behalf of Debtor Saundra Scofield wendell@1ccl.com,   ecf1ccl@gmail.com
                                                                                                                                        TOTAL: 5

Form B18 (Official Form 18)(12/07)

# United States Bankruptcy Court

Middle District of Florida

Case No. 3:12–bk–04373–PMG

**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Saundra Lea Scofield
    1901 Abercrombie Lane
    Ponte Vedra, FL 32081–7072

Social Security No.:
    xxx–xx–1605

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: October 25, 2012

_____
Paul M. Glenn
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18 continued (12/07)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7 , the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**